

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                           1:10cr191 (JCC)

JORGE GUITIERREZ and
AUGESTIN ORTIZ

                Defendants

## O R D E R

This cause having come on for a status hearing, and the Court after questioning the defendants in open court, determining that the defendants have knowingly and intelligently waived their right to a speedy trial, it being in the interests of justice, the complexity of the case, and for reasons stated in open Court, it is accordingly ORDERED:

(1) that this matter is set for trial by jury on December 5, 2011, at 10:00 a.m.

(2) that the motions shall be heard on November 18, 2011, at 9:00 a.m.

(3) that the Clerk shall forward copies of this Order to all counsel of record.

                                                                      /s/
                                                           James C. Cacheris
                                                           United States District Judge

Alexandria, Virginia
August 24, 2011